**In re Marriage of Robyn A. BRADSHAW, Respondent,**

and

**Bruce R. Bradshaw, Appellant.**

No. WD 51388.

Missouri Court of Appeals,
Western District.

June 11, 1996.

**532**

Patrick D. Beeman, Kansas City, for appellant.

Thomas E. Hankins, Gladstone, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Bruce R. Bradshaw appeals from an order of the trial court dissolving his marriage to Robyn A. Bradshaw and distributing the marital assets and liabilities between them.

Judgment affirmed. Rule 84.16(b).